IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CORDARIOUS Q. WILLIS                                                                                             PLAINTIFF
ADC #162742

v.                                           4:23-cv-00201-LPR-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction; *et al.*                                                               DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Lee P. Rudofsky. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.      DISCUSSION**

Cordarious Q. Willis ("Plaintiff") is a prisoner in the Varner Super Max Unit of the Arkansas Division of Correction. He has filed a lengthy *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging eighteen Defendants violated his constitutional rights, in numerous factually and legally distinct ways, from December 2021 to July 2022. (Doc. 2.) But it is not signed. *See* Fed. R. Civ. P. 11(a) (all pleadings "must be signed by at least one attorney of record in the attorney's name -- or by a party personally if the party is unrepresented;" a "court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or

party's attention").

On April 11, 2023, I entered an Order explaining the Complaint must be signed pursuant to Fed. R. Civ. P. 11(a), pointing out several other pleading deficiencies, and giving Plaintiff thirty days to file a signed Amended Complaint. (Doc. 4.) Importantly, I also warned Plaintiff I would recommend dismissal if he did not timely do so. The time for Plaintiff to comply with my instructions has passed.

## II.     CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 2) be DISMISSED without prejudice pursuant to Fed. R. Civ. P. 11(a), and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 18th day of May 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE