IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORDARIOUS Q. WILLIS**                                                                                    **PLAINTIFF**
**ADC #162742**

v.                                           No. 4:23-cv-00201-LPR

**DEXTER PAYNE, et al.**                                                                                 **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition (RD) from United States Magistrate Judge Joe J. Volpe, recommending that Plaintiff's case be dismissed pursuant to Fed. R. Civ. P. 11(a) for failure to sign his Complaint.[1]  After careful review, the Court finds that Plaintiff adequately signed the Complaint on Page 31 of 125.[2]  The Court therefore declines to adopt Judge Volpe's RD on this basis.

The Court notes, however, that Judge Volpe previously identified multiple deficiencies with the Complaint—unrelated to the signature issue—that may warrant the dismissal of some (or all) of Plaintiff's claims.[3]  The Court therefore refers this case back to Judge Volpe to consider further action with regard to the Complaint.

IT IS SO ORDERED this 13th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 5.

[2] This pagination refers to the ECF filing stamp page numbers at the top of each page of the Complaint.

[3] *See* Order (Doc. 4).