# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CORDARIOUS Q. WILLIS                                                                                             PLAINTIFF
ADC #162742

v.                                                   4:23-cv-00201-LPR-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction; *et al.*                                                                      DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Lee P. Rudofsky. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.    DISCUSSION**

In March 2023, Cordarious Q. Willis ("Plaintiff") was a prisoner in the Arkansas Division of Correction when he filed this *pro se* action seeking relief under 42 U.S.C. § 1983. (Doc. 2.) Soon thereafter, I entered an Order granting him *in forma pauperis* status, directing his custodian to collect the fee in monthly installments, advising him of his obligation under Local Rule 5.5(c)(2) to maintain a valid service address with the Clerk, and cautioning him this case could be dismissed if he failed to do so. (Doc. 4.) I then entered a Partial Recommended Disposition ("PRD") suggesting some of Plaintiff's claims be dismissed without prejudice for failing to state a claim

upon which relief may be granted. (Doc. 9). That PRD is still pending.

Sometime thereafter, Plaintiff was released from custody. Accordingly, on February 29, 2024, I entered an Order directing him to update his mailing address and either pay the balance of the filing fee or file a new *in forma pauperis* application. (Doc. 17.) Plaintiff has not complied with that Order, and the time to do so has passed. Because the Court does not have a valid address for Plaintiff, it would be futile to grant him an extension of time to comply with my instructions. (Docs. 18-20.)

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The December 22, 2023 Partial Recommended Disposition (Doc. 9) be DECLINED as moot.

2. The Complaint (Doc. 2) be DISMISSED without prejudice, and this case be CLOSED.

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 2nd day of April 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE