IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORDARIOUS Q. WILLIS**                                                                                     **PLAINTIFF**
**ADC #162742**

v.                                              Case No. 4:23-cv-00201-LPR

**DEXTER PAYNE, et al.**                                                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 21). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the December 22, 2023 Partial Recommended Disposition (Doc. 9) is DECLINED as moot. Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice, and this case will be CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 19th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE